## BEN JOHNSON HOMES, INC. v. WATKINS

No. 148A01

Case below: 142 N.C. App. 162

Motion by defendant to dismiss appeal by plaintiffs for lack of substantial constitutional question allowed 16 August 2001. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 16 August 2001. Justice Martin recused.

## BIVENS v. DELTA WOODSIDES/DELTA MILLS

No. 319P01

Case below: 143 N.C. App. 715

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 16 August 2001.

## BLOCH v. PAUL REVERE LIFE INS. CO.

No. 297P01

Case below: 143 N.C. App. 228

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001. Petition by defendants (Mercer and Costner) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

## BURGER v. DOE

No. 295P01

Case below: 143 N.C. App. 328

Petition by defendants (Richard Skeens and Alice Skeens) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.